**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re: Unigene Laboratories, Inc.  §  Case No. 13-24696-SLM
                                   §
                                   §
                                   §
        Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

        Nancy Isaacson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

        1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

        2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $33,250.00 | Assets Exempt: N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $589,083.08 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $478,358.61 | |

        3) Total gross receipts of $1,067,441.69 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,067,441.69 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $62,562,423.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $502,085.67 | $478,358.61 | $478,358.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $38,457.60 | $31,757.60 | $31,757.60 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,686,761.00 | $64,527,460.61 | $864,875.25 | $557,325.48 |
| **TOTAL DISBURSEMENTS** | $64,249,184.00 | $65,068,003.88 | $1,374,991.46 | $1,067,441.69 |

4) This case was originally filed under chapter 7 on 07/02/2013.  The case was pending for 60 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    07/10/2018          By: /s/ Nancy  Isaacson
                                              Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| WARREN LEVY RABBI TRUST | 1129-000 | $201,576.94 |
| PREFERENCE/FRAUDULENT CONVEYANCE CLAIM AGAINST BERKELEY | 1241-000 | $166,620.00 |
| PREFERENCE/FRAUDULENT CONVEYANCE CLAIM AGAINST ALLIED WORLD NATIONAL ASSURANCE COMPANY | 1241-000 | $85,750.00 |
| REFUND CANCELLATION FLOOD INSURANCE | 1229-000 | $409.00 |
| CRAFTWOOD LITIGATION SETTLEMENT | 1229-000 | $66.61 |
| Isaacson v. MPI Research, Inc.; ADV. NO. 13-2192 | 1241-000 | $21,200.00 |
| Isaacson v. Manpower Adv. No. 13-02193 | 1241-000 | $3,100.00 |
| 2011 & 2013 TAX REFUND | 1224-000 | $7,544.43 |
| Isaacson v. World Courier, Inc.Adv No. 13-2196 | 1241-000 | $7,739.60 |
| Preference claim against Reed Smith | 1241-000 | $25,000.00 |
| Isaacson v. Tiberend Strategic Advisors; ADV No. 13-02194 | 1241-000 | $1,800.00 |
| ATTM SETTLEMENT ENTERIS | 1229-000 | $254.61 |
| Compushare/Metlife liquidation | 1249-000 | $108,867.58 |
| THERMOFISHER SCIENTIFIC | 1229-000 | $161.60 |
| Dell credit balance | 1229-000 | $2.12 |
| BANK ACCOUNTS | 1129-000 | $1,541.60 |
| PREFERENCE CLAIM AGAINST CTG, LLC | 1241-000 | $2,000.00 |
| RETURN PREMIUM WORKERS COMP AUDIT | 1229-000 | $21,328.71 |
| Fraudulent Conveyance Claim against AXIS Insuran | 1241-000 | $262,500.00 |
| REMNANT ASSETS | 1229-000 | $5,000.00 |
| ROYALTIES - AFFINITY BIOREGENTS AGREEMENT | 1223-000 | $52.50 |
| METLIFE DIVIDEND DISTRIBUTION | 1223-000 | $4,450.62 |
| RONALD LEVY RABBI TRUST | 1129-000 | $135,475.77 |
| PREFERENCE CLAIM AGAINST CPA GLOBAL NORTH AMERIC | 1241-000 | $5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,067,441.69** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**UST Form 101-7-TDR ( 10 /1/2010)**

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 26 | Stealth Peptides International, Inc. | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | Stealth Peptides Inc. | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | Stealth Peptides Inc. | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| N/F | Jaynjean Levy Family Limited Partnership | 4110-000 | $11,388,525.00 | NA | NA | NA |
| N/F | Ronald and Warren Levy | 4110-000 | $12,902,627.00 | NA | NA | NA |
| N/F | Victory Park Capital | 4110-000 | $38,271,271.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$62,562,423.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - NANCY ISAACSON | 2100-000 | NA | $55,265.61 | $55,265.61 | $55,265.61 |
| Attorney for Trustee Fees - GREENBAUM ROWE SMITH & DAVIS | 3110-000 | NA | $117,660.50 | $117,660.50 | $117,660.50 |
| Attorney for Trustee Fees - GREENBAUM ROWE SMITH & DAVIS LLP | 3110-000 | NA | $20,973.50 | $20,973.50 | $20,973.50 |
| Attorney for Trustee, Expenses - GREENBAUM ROWE SMITH & DAVIS | 3120-000 | NA | $2,117.46 | $2,117.46 | $2,117.46 |
| Attorney for Trustee, Expenses - GREENBAUM ROWE SMITH & DAVIS LLP | 3120-000 | NA | $75.63 | $75.63 | $75.63 |
| Administrative Rent - C. MARINO | 2410-000 | NA | $390.00 | $390.00 | $390.00 |
| Administrative Rent - C. MARINO RECORDS MANAGEMENT | 2410-000 | NA | $104.00 | $104.00 | $104.00 |
| Costs to Secure/Maintain Property - C. Marino, Inc. | 2420-000 | NA | $78.00 | $78.00 | $78.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $16,984.75 | $16,984.75 | $16,984.75 |
| Banking and Technology Service Fee - Signature Bank | 2600-000 | NA | $9,653.99 | $9,653.99 | $9,653.99 |
| Other State or Local Taxes (post-petition) - STATE OF NEW JERSEY - CBT | 2820-000 | NA | $2,076.00 | $2,076.00 | $2,076.00 |
| Other Chapter 7 Administrative Expenses - AMERICAN FUNDS | 2990-000 | NA | $3,568.45 | $3,568.45 | $3,568.45 |
| Other Chapter 7 Administrative Expenses - ATCC | 2990-000 | NA | $500.00 | $500.00 | $500.00 |
| Other Chapter 7 Administrative Expenses - 110 Little Falls DCLA, LLC (ADMINISTRATIVE) | 2990-000 | NA | $23,727.06 | $0.00 | $0.00 |
| Other Chapter 7 Administrative Expenses - Cole Transcription | 2990-000 | NA | $182.90 | $182.90 | $182.90 |
| Attorney for Trustee Fees (Other Firm) - NORRIS MCLAUGHLIN & MARCUS | 3210-000 | NA | $135,831.50 | $135,831.50 | $135,831.50 |
| Attorney for Trustee Expenses (Other Firm)  - NORRIS MCLAUGHLIN & MARCUS | 3220-000 | NA | $1,970.70 | $1,970.70 | $1,970.70 |
| Accountant for Trustee Fees (Other Firm) - Bederson & Co | 3410-000 | NA | $110,110.50 | $110,110.50 | $110,110.50 |
| Accountant for Trustee Expenses (Other Firm) - Bederson & Co | 3420-000 | NA | $815.12 | $815.12 | $815.12 |

| | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | NA | $502,085.67 | $478,358.61 | | $478,358.61 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Ami Parmar | 5300-000 | $0.00 | $8,632.69 | $1,932.69 | $1,932.69 |
| 32-2 | New Jersey Department of Environmental Protection | 5800-000 | NA | $2,342.50 | $2,342.50 | $2,342.50 |
| 35 | STATE OF NEW JERSEYDEPARTMENT OF TREASURY DIVISION OF TAXATION | 5800-000 | NA | $27,482.41 | $27,482.41 | $27,482.41 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$38,457.60** | **$31,757.60** | **$31,757.60** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-2 | PSEG | 7100-000 | NA | $34,290.31 | $34,290.31 | $3,151.92 |
| 1-2SC | Clerk, US Bankruptcy Court - Clerk, US Bankruptcy Court | 7100-001 | NA | $0.00 | $1.58 | $1.58 |
| 2 | United Refrigeration, Inc. | 7100-000 | $0.00 | $5,223.25 | $5,223.25 | $480.11 |
| 2-SC | Clerk, US Bankruptcy Court - Clerk, US Bankruptcy Court | 7100-001 | $0.00 | $0.00 | $0.24 | $0.24 |
| 3-3 | UNITED STATES TREASURYINTERNAL REVENUE SERVICE | 7300-000 | NA | $10,304.11 | $10,304.11 | $0.00 |
| 4 | Canon Financial Services, Inc. | 7100-000 | $0.00 | $32,714.06 | $32,714.06 | $392.22 |
| 4-SC | Clerk, US Bankruptcy Court - Clerk, US Bankruptcy Court | 7100-001 | $0.00 | $0.00 | $0.20 | $0.20 |
| 5U | Ami Parmar | 7100-000 | $0.00 | $8,632.69 | $6,700.00 | $615.85 |
| 5U-SC | Clerk, US Bankruptcy Court - Clerk, US Bankruptcy Court | 7100-001 | $0.00 | $0.00 | $0.30 | $0.30 |
| 6 | EisnerAmper LLP | 7100-000 | $12,095.00 | $7,345.00 | $7,345.00 | $675.14 |
| 6-SC | Clerk, US Bankruptcy Court - Clerk, US Bankruptcy Court | 7100-001 | $0.00 | $0.00 | $0.34 | $0.34 |
| 7 | Fisher Scientific Co., LLC | 7100-000 | $0.00 | $7,679.43 | $7,679.43 | $705.88 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7-SC | Clerk, US Bankruptcy Court - Clerk, US Bankruptcy Court | 7100-001 | $0.00 | $0.00 | $0.36 | $0.36 |
| 8 | BIO CLINICAL LABORATORIES | 7100-000 | $0.00 | $15,587.40 | $4,422.60 | $406.52 |
| 8-SC | Clerk, US Bankruptcy Court - Clerk, US Bankruptcy Court | 7100-001 | $0.00 | $0.00 | $0.20 | $0.20 |
| 9 | SOFTCHOICE CORPORATION | 7100-000 | NA | $399.00 | $399.00 | $36.68 |
| 9-SC | Clerk, US Bankruptcy Court - Clerk, US Bankruptcy Court | 7100-001 | NA | $0.00 | $0.01 | $0.01 |
| 10 | Pitney Bowes Global Financial Services LLC | 7100-000 | $0.00 | $1,336.04 | $1,336.04 | $122.81 |
| 10-SC | Clerk, US Bankruptcy Court - Clerk, US Bankruptcy Court | 7100-001 | $0.00 | $0.00 | $0.06 | $0.06 |
| 11 | American Vending Company | 7100-000 | $0.00 | $903.11 | $903.11 | $83.01 |
| 11-SC | Clerk, US Bankruptcy Court - Clerk, US Bankruptcy Court | 7100-001 | $0.00 | $0.00 | $0.04 | $0.04 |
| 12 | Chirhoclin, Inc. | 7100-000 | $0.00 | $57,881.01 | $57,881.01 | $5,320.34 |
| 12-SC | Clerk, US Bankruptcy Court - Clerk, US Bankruptcy Court | 7100-001 | $0.00 | $0.00 | $2.67 | $2.67 |
| 13 | Sinclair Research Center, LLC | 7100-000 | $0.00 | $9,512.00 | $9,512.00 | $874.33 |
| 13-SC | Clerk, US Bankruptcy Court - Clerk, US Bankruptcy Court | 7100-001 | $0.00 | $0.00 | $0.44 | $0.44 |
| 15 | 110 Little Falls DCLA, LLC | 7100-000 | $0.00 | $100,101.63 | $123,828.69 | $11,382.16 |
| 15-AMD | 110 Little Falls DCLA, LLC | 7100-000 | $0.00 | $0.00 | $5.70 | $5.70 |

| 16 | New Jersey Natural Gas | 7100-000 | $0.00 | $1,405.30 | $1,405.30 | $129.17 |
| 16-SC | Clerk, US Bankruptcy Court - Clerk, US Bankruptcy Court | 7100-001 | $0.00 | $0.00 | $0.07 | $0.07 |
| 17 | Waste Management - RMC | 7100-000 | $0.00 | $3,554.16 | $3,554.16 | $326.69 |
| 17-SC | Clerk, US Bankruptcy Court - Clerk, US Bankruptcy Court | 7100-001 | $0.00 | $0.00 | $0.17 | $0.17 |
| 18 | Warren Levy | 7400-000 | $242,635.00 | $270,782.00 | $0.00 | $0.00 |
| 19 | Ronald Levy | 7400-000 | $308,877.77 | $328,622.99 | $0.00 | $0.00 |
| 20 | Estate of Jean Levy | 7400-000 | $0.00 | $12,652,905.00 | $0.00 | $0.00 |
| 21 | Jaynjean Levy Family Limited Partnership | 7100-000 | $0.00 | $12,662,905.00 | $0.00 | $0.00 |
| 22 | Metromedia Energy | 7100-000 | $0.00 | $7,192.68 | $7,192.68 | $661.15 |
| 22-SC | Clerk, US Bankruptcy Court - Clerk, US Bankruptcy Court | 7100-001 | $0.00 | $0.00 | $0.32 | $0.32 |
| 23 | Illinois Union Insurance Company | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | Molecular Devices, LLC | 7100-000 | $0.00 | $5,547.00 | $5,547.00 | $509.88 |
| 24-SC | Clerk, US Bankruptcy Court - Clerk, US Bankruptcy Court | 7100-001 | $0.00 | $0.00 | $0.25 | $0.25 |
| 25 | First Insurance Funding Corp. | 7100-000 | $0.00 | $18,180.56 | $0.00 | $0.00 |
| 30 | Agilent Technologies, Inc. | 7200-000 | $0.00 | $545.00 | $545.00 | $0.00 |
| 31 | James Zorlas | 7200-000 | NA | $10,689.38 | $10,689.38 | $0.00 |
| 33 | PAYCHEX, INC ATTENTION: BANKRUPTCY | 7200-000 | $685.80 | $505.85 | $505.85 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | CONSEIL DE L'EUROPE EDQM | 7200-000 | $524.00 | $726.63 | $726.63 | $0.00 |
| 36-2 | Interstate Waste Services of New Jersey | 7200-000 | NA | $719.02 | $719.02 | $0.00 |
| 37 | VICTORY PARK MANAGEMENT, LLC | 7100-000 | NA | $38,271,271.00 | $524,525.87 | $524,525.87 |
| 37-AMD | VICTORY PARK MANAGEMENT, LLC | 7100-000 | NA | $0.00 | $1,912.80 | $1,912.80 |
| LEVYCLAI | LISA S. BONSALL, ESQUIRE | 7100-000 | $0.00 | $0.00 | $5,000.00 | $5,000.00 |
| N/F | Accrued Employee Vacation | 7100-000 | $475,107.09 | NA | NA | NA |
| N/F | Air Products and Chemicals | 7100-000 | $123.05 | NA | NA | NA |
| N/F | CT Corporation | 7100-000 | $365.00 | NA | NA | NA |
| N/F | Cablevision Lightpath | 7100-000 | $27,146.20 | NA | NA | NA |
| N/F | EMD Millipore Corp | 7100-000 | $319.08 | NA | NA | NA |
| N/F | ICE Systems Incorporated | 7100-000 | $176.58 | NA | NA | NA |
| N/F | Mettler Toledo | 7100-000 | $1,864.25 | NA | NA | NA |
| N/F | NASDAQ OMX | 7100-000 | $9,582.00 | NA | NA | NA |
| N/F | NJ Dept of Environmental | 7100-000 | $30.00 | NA | NA | NA |
| N/F | Norex | 7100-000 | $3,300.00 | NA | NA | NA |
| N/F | Novislink | 7100-000 | $5,736.00 | NA | NA | NA |
| N/F | Open Accounts Payable | 7100-000 | $586,482.09 | NA | NA | NA |
| N/F | S&P Capital IQ | 7100-000 | $1,465.00 | NA | NA | NA |
| N/F | Standard Insurance company | 7100-000 | $6,486.76 | NA | NA | NA |
| N/F | The Lincoln Life Insurance | 7100-000 | $14.25 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Tyco Intergrated Security | 7100-000 | $2,951.65 | NA | NA | NA |
| N/F | Verizon | 7100-000 | $636.94 | NA | NA | NA |
| N/F | Verizon | 7100-000 | $45.19 | NA | NA | NA |
| N/F | Verizon | 7100-000 | $56.15 | NA | NA | NA |
| N/F | Verizon | 7100-000 | $56.15 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,686,761.00** | **$64,527,460.61** | **$864,875.25** | **$557,325.48** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

**Case No.:**  13-24696-SLM

**Case Name:**  Unigene Laboratories, Inc.

**For Period Ending:**  07/10/2018

**Trustee Name:**  (500780) Nancy Isaacson

**Date Filed (f) or Converted (c):**  07/02/2013 (f)

**§ 341(a) Meeting Date:**  08/09/2013

**Claims Bar Date:**  10/16/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | VOID | VOID | VOID | VOID | VOID | VOID |
| 2 | LEASE DEPOSITS<br>Warren Lin<br>110 Little Falls DCLA LLC | 33,250.00 | 0.00 | | 0.00 | FA |
| 3 | ORAL PTH 1-31 INTELLECTUAL PROPERTY | 0.00 | 0.00 | | 0.00 | FA |
| 4* | BANK ACCOUNTS<br>Business checking account 7869 Wells Fargo $22,665.72<br>Business checking account 3315 Wells Fargo<br>Business checking account 3979 Wells Fargo<br>Business checking account 5679 Wells Fargo $1,027.07<br>Business money market account 0048 Wells Fargo<br>Checking account FBO Warren Levy 2190 Merrill Lynch $135,541.00<br>Investment account FBO Ronald Levy (a) Vanguard $201,538.89<br>(a) Unknown as account is directed and managed by Ronald Levy and the Company does not receive account statements (See Footnote) | 360,772.68 | 1,541.60 | | 1,541.60 | FA |
| 5 | 2011 & 2013 TAX REFUND (u) | 0.00 | 7,544.43 | | 7,544.43 | FA |
| 6 | METLIFE DIVIDEND DISTRIBUTION (u) | 0.00 | 4,300.00 | | 4,450.62 | FA |
| 7 | REFUND CANCELLATION FLOOD INSURANCE (u) | 0.00 | 409.00 | | 409.00 | FA |
| 8 | PREFERENCE CLAIM AGAINST CTG, LLC (u)<br>DEMAND LETTER; RESOLVED WITHOUT LITIGATION | 0.00 | 2,000.00 | | 2,000.00 | FA |
| 9 | RETURN PREMIUM WORKERS COMP AUDIT (u) | 0.00 | 21,328.71 | | 21,328.71 | FA |
| 10 | VOID | VOID | VOID | VOID | VOID | VOID |
| 11 | PREFERENCE CLAIM AGAINST CPA GLOBAL NORTH AMERIC (u)<br>Adv. No. 13-02191<br>Notice of Settlement filed 1/14/14, Doc #4 | 0.00 | 66,097.79 | | 5,000.00 | FA |
| 12* | WARREN LEVY RABBI TRUST<br>ASSET OF THE ESTATE PER PER COURT ORDER (See Footnote) | 0.00 | 201,576.94 | | 201,576.94 | FA |
| 13* | RONALD LEVY RABBI TRUST<br>ASSET OF THE ESTATE PER COURT ORDER (See Footnote) | 0.00 | 135,475.77 | | 135,475.77 | FA |
| 14* | Isaacson v. Manpower Adv. No. 13-02193 (u) (See Footnote) | 0.00 | 6,325.92 | | 3,100.00 | FA |
| 15 | Isaacson v. World Courier, Inc.Adv No. 13-2196 (u)<br>Default judgment 9.5.2014 | 0.00 | 7,739.60 | | 7,739.60 | FA |

# Form 1

## Individual Estate Property Record and Report

### Asset Cases

Exhibit 8

Page: 2

Case No.:  13-24696-SLM

Case Name:  Unigene Laboratories, Inc.

Trustee Name:  (500780) Nancy Isaacson

Date Filed (f) or Converted (c):  07/02/2013 (f)

§ 341(a) Meeting Date:  08/09/2013

For Period Ending:  07/10/2018

Claims Bar Date:  10/16/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16* | Isaacson v. MPI Research, Inc.; ADV. NO. 13-2192 (u) (See Footnote) | 0.00 | 42,400.00 | | 21,200.00 | FA |
| 17 | Compushare/Metlife liquidation (u) | 0.00 | 101,101.60 | | 108,867.58 | FA |
| 18 | ROYALTIES - AFFINITY BIOREGENTS AGREEMENT (u) | 0.00 | 52.50 | | 52.50 | FA |
| 19 | Preference claim against Reed Smith (u) | 0.00 | 25,000.00 | | 25,000.00 | FA |
| 20 | Fraudulent Conveyance Claim against AXIS Insuran (u)<br>5/22/15 - Notice of  Proposed Settlement , Doc #133; Hearing 6/18/15 | 0.00 | 262,500.00 | | 262,500.00 | FA |
| 21 | CRAFTWOOD LITIGATION SETTLEMENT (u)<br>NOT LISTED ON PETITION | 0.00 | 0.00 | | 66.61 | FA |
| 22 | PREFERENCE/FRAUDULENT CONVEYANCE CLAIM AGAINST BERKELEY (u) | 0.00 | 166,620.00 | | 166,620.00 | FA |
| 23 | Dell credit balance (u) | 0.00 | 2.12 | | 2.12 | FA |
| 24* | PREFERENCE/FRAUDULENT CONVEYANCE CLAIM AGAINST ALLIED WORLD NATIONAL ASSURANCE COMPANY (u) (See Footnote) | 0.00 | 85,750.00 | | 85,750.00 | FA |
| 25* | THERMOFISHER SCIENTIFIC (u) (See Footnote) | 0.00 | 161.60 | | 161.60 | FA |
| 26 | Isaacson v. PSE&G Adv. No. 13-02195 (u)<br>Consent Order to Vacate Default entered 4/14/16, Doc #9 | 0.00 | 10,789.62 | | 0.00 | FA |
| 27 | Leased Copiers (u)<br>Canon Copier Lease 001-0281836-003<br>Canon Copier Lease 001-0281836-002 | 0.00 | 0.00 | OA | 0.00 | FA |
| 28 | REMNANT ASSETS (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 29 | Isaacson v. Tiberend Strategic Advisors; ADV No. 13-02194 (u) | 0.00 | 1,800.00 | | 1,800.00 | FA |
| 30* | VOID (u) (See Footnote) | VOID | VOID | VOID | VOID | VOID |
| 31* | ATTM SETTLEMENT ENTERIS (u) (See Footnote) | 0.00 | 0.00 | | 254.61 | FA |
| 31 | Assets Totals (Excluding unknown values) | $394,022.68 | $1,155,517.20 | | $1,067,441.69 | $0.00 |

RE PROP# 4       see Assets 12 and 13

RE PROP# 12      listed in bank accounts shown in Asset 4

RE PROP# 13      listed in bank accounts shown in Asset 4

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 3

**Case No.:**  13-24696-SLM

**Case Name:**  Unigene Laboratories, Inc.

**Trustee Name:**  (500780) Nancy Isaacson

**Date Filed (f) or Converted (c):**  07/02/2013 (f)

**§ 341(a) Meeting Date:**  08/09/2013

**For Period Ending:**  07/10/2018

**Claims Bar Date:**  10/16/2013

| | |
|---|---|
| RE PROP# 14 | Notice of Settlement filed 1/28/14, Doc #3 |
| RE PROP# 16 | OBTAINED JUDGMENT BY DEFAULT 9/5/14, Doc #9. SETTLED FOR 50% TO AVOID COSTS OF COLLECTION AND LITIGATION TO OPPOSE MOTION TO SET ASIDE DEFAULT TO LITIGATE CLAIM |
| RE PROP# 24 | SETTLEMENT PAYMENT |
| RE PROP# 25 | ADVISED OF OVER PAYMENT AFTER APPOINTMENT |
| RE PROP# 30 | Craftwood settlement - supplemental payment; undisclosed |
| RE PROP# 31 | ATTM SETTLEMENT - ENTERIS |

**Major Activities Affecting Case Closing:**

3/31/18 - Distribution Pending

3/2018-Amended TFR submitted

5/2017-Claims being reviewed and verified; attorney fee app being filed; TFR being prepared

3/2017-Levy and Victory Park claims resolved; awaiting filing of Consent Order by Court, Greenbaum final fee app to be filed, TFR to be submitted

10/16-Motion for Sale of Assets to Oak Partners

8/1/16 - tax returns completed; professional fee apps being finalized, then TFR

Shareholder derivative standing issues to be adjudicated by the court; termination of 401K plan, final tax return and final fee applications by all professionals and TFR to be prepared.

11/5/15-Special Counsel Compensation Order; amended 11/19/15

12/16/15-Trustee Atty Compensation Order

**Initial Projected Date Of Final Report (TFR):**  12/31/2015          **Current Projected Date Of Final Report (TFR):**  07/11/2017 (Actual)

Exhibit 9

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 13-24696-SLM |
| **Case Name:** | Unigene Laboratories, Inc. |
| **Taxpayer ID #:** | **-***8609 |
| **For Period Ending:** | 07/10/2018 |

| | |
|---|---|
| **Trustee Name:** | Nancy Isaacson (500780) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******3966 Checking Account |
| **Blanket Bond (per case limit):** | $41,113,693.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/19/13 | {4} | WELLS FARGO | Bank account balance | 1129-000 | 1,541.60 | | 1,541.60 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,531.60 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,521.60 |
| 09/24/13 | {5} | STAVITSKY & ASSOCIATES | 2010 & 2013 OVERPAYMENT | 1224-000 | 7,544.43 | | 9,066.03 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,056.03 |
| 10/07/13 | 101 | C. MARINO | STORAGE | 2410-000 | | 52.00 | 9,004.03 |
| 10/08/13 | {6} | METLIFE | DIVIENDS ON METLIFE COMMON STOCK | 1223-000 | 25.58 | | 9,029.61 |
| 10/08/13 | {6} | METLIFE | INTERST ON METLIFE COMMMON STOCK | 1223-000 | 26.40 | | 9,056.01 |
| 10/08/13 | {6} | METLIFE | DIVIDENDS ONMETLIFE COMMON STOCK | 1223-000 | 505.73 | | 9,561.74 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.84 | 9,546.90 |
| 11/12/13 | {7} | FEMA | REFUND CANCELLATION FLOOD INSURANCE | 1229-000 | 409.00 | | 9,955.90 |
| 11/18/13 | | Rabobank, N.A. | Account Closeout Transfer Adjustment | 9999-000 | | 9,945.90 | 10.00 |
| 11/19/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | **COLUMN TOTALS** | | | **10,052.74** | **10,052.74** | **$0.00** |
| | Less: Bank Transfers/CDs | | | 0.00 | 9,945.90 | |
| | **Subtotal** | | | **10,052.74** | **106.84** | |
| | Less: Payments to Debtors | | | | 0.00 | |
| | **NET Receipts / Disbursements** | | | **$10,052.74** | **$106.84** | |

## Form 2

Exhibit 9
Page: 2

### Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-24696-SLM | |
| **Case Name:** | Unigene Laboratories, Inc. | |
| **Taxpayer ID #:** | **-***8609 | |
| **For Period Ending:** | 07/10/2018 | |

| | |
|---|---|
| **Trustee Name:** | Nancy Isaacson (500780) |
| **Bank Name:** | Signature Bank |
| **Account #:** | ******0328 Checking |
| **Blanket Bond (per case limit):** | $41,113,693.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/18/13 | | Signature Bank | Account Opening Deposit Adjustment | 9999-000 | 9,945.90 | | 9,945.90 |
| 11/22/13 | {19} | REED SMITH | PREFERNCE SETTLEMENT | 1241-000 | 25,000.00 | | 34,945.90 |
| 11/26/13 | 1001 | C. MARINO | STORAGE SEPTEMBER, OCTOBER AND NOVEMBER 2013 | 2410-000 | | 78.00 | 34,867.90 |
| 11/27/13 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 3.58 | 34,864.32 |
| 12/04/13 | {8} | CTG, LLC | Preference payment | 1241-000 | 2,000.00 | | 36,864.32 |
| 12/19/13 | {6} | Met Life | Dividend | 1223-000 | 26.40 | | 36,890.72 |
| 12/19/13 | {6} | METLIFE | Dividend | 1223-000 | 25.58 | | 36,916.30 |
| 12/26/13 | {6} | METLIFE | Dividend | 1223-000 | 202.40 | | 37,118.70 |
| 12/27/13 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 53.88 | 37,064.82 |
| 01/02/14 | {9} | CONNOR STRONG & BUCKELEW | Return of workers comp excess premium | 1229-000 | 21,328.71 | | 58,393.53 |
| 01/24/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 64.97 | 58,328.56 |
| 02/07/14 | {11} | CPA GLOBAL NORTH AMERICA | Preference settlement | 1241-000 | 5,000.00 | | 63,328.56 |
| 02/25/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 93.56 | 63,235.00 |
| 03/12/14 | {12} | VANGUARD GRP ACCT. NO ******0328 | WIRE IN | 1129-000 | 201,576.94 | | 264,811.94 |
| 03/21/14 | 1002 | C. Marino, Inc. | 12.2013, 1.2014 and 2.2014; inv 10475,10612 amd10754 | 2420-000 | | 78.00 | 264,733.94 |
| 03/25/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 213.54 | 264,520.40 |
| 04/07/14 | {14} | Manpower | Preference settlement | 1241-000 | 3,100.00 | | 267,620.40 |
| 04/23/14 | 1003 | STATE OF NEW JERSEY - CBT | 2013 RETURN | 2820-000 | | 2,076.00 | 265,544.40 |
| 04/25/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 395.80 | 265,148.60 |
| 05/01/14 | {13} | Merrill Lynch | liquidation of Ronald Levy Rabbi Trust per court order | 1129-000 | 135,475.77 | | 400,624.37 |
| 05/27/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 570.32 | 400,054.05 |
| 06/25/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 556.37 | 399,497.68 |
| 07/15/14 | {6} | METLIFE | Dividend | 1223-000 | 643.65 | | 400,141.33 |
| 07/15/14 | {6} | METLIFE | Dividend | 1223-000 | 25.58 | | 400,166.91 |
| 07/15/14 | {6} | METLIFE | Dividend | 1223-000 | 26.40 | | 400,193.31 |

**Page Subtotals:**   **$404,377.33**   **$4,184.02**

{ } Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

# Form 2

Exhibit 9
Page:  3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-24696-SLM | |
| **Case Name:** | Unigene Laboratories, Inc. | |
| **Taxpayer ID #:** | **-***8609 | |
| **For Period Ending:** | 07/10/2018 | |

| | |
|---|---|
| **Trustee Name:** | Nancy Isaacson (500780) |
| **Bank Name:** | Signature Bank |
| **Account #:** | ******0328 Checking |
| **Blanket Bond (per case limit):** | $41,113,693.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/15/14 | {6} | METLIFE | Dividend | 1223-000 | 202.40 | | 400,395.71 |
| 07/15/14 | {6} | METLIFE | Dividend | 1223-000 | 505.73 | | 400,901.44 |
| 07/15/14 | {6} | METLIFE | Dividend | 1223-000 | 505.73 | | 401,407.17 |
| 07/25/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 575.32 | 400,831.85 |
| 08/22/14 | 1004 | C. MARINO RECORDS MANAGEMENT | Invoices March, April, May and June 2014 | 2410-000 | | 104.00 | 400,727.85 |
| 08/25/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 595.78 | 400,132.07 |
| 09/15/14 | {6} | METLIFE | Dividend | 1223-000 | 643.65 | | 400,775.72 |
| 09/19/14 | {15} | World Courier | Default judgment 9/5/14 | 1241-000 | 7,739.60 | | 408,515.32 |
| 09/25/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 596.05 | 407,919.27 |
| 10/24/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 567.14 | 407,352.13 |
| 10/27/14 | {16} | MPI RESEARCH INC. | Default judgment | 1241-000 | 21,200.00 | | 428,552.13 |
| 11/20/14 | 1005 | Bederson & Co | ORDER ENTERED 11.5.2014 | 3410-000 | | 87,362.25 | 341,189.88 |
| 11/20/14 | 1006 | Bederson & Co | ORDER ENTERED 11.5.2014 | 3420-000 | | 690.15 | 340,499.73 |
| 11/20/14 | 1007 | GREENBAUM ROWE SMITH & DAVIS | ORDER ENTERED 11.20.2014 | 3110-000 | | 58,686.00 | 281,813.73 |
| 11/20/14 | 1008 | GREENBAUM ROWE SMITH & DAVIS | ORDER ENTERED 11.20.2014 | 3120-000 | | 1,918.27 | 279,895.46 |
| 11/25/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 652.53 | 279,242.93 |
| 11/26/14 | 1009 | C. MARINO | INVOICE 1334A | 2410-000 | | 26.00 | 279,216.93 |
| 12/08/14 | {6} | METLIFE | Dividend | 1223-000 | 101.37 | | 279,318.30 |
| 12/08/14 | {6} | METLIFE | Dividend | 1223-000 | 33.60 | | 279,351.90 |
| 12/08/14 | {6} | METLIFE | Dividend | 1223-000 | 32.55 | | 279,384.45 |
| 12/08/14 | {6} | METLIFE | Dividend | 1223-000 | 104.64 | | 279,489.09 |
| 12/15/14 | {6} | METLIFE | Dividend | 1223-000 | 32.55 | | 279,521.64 |
| 12/15/14 | {6} | METLIFE | Dividend | 1223-000 | 33.60 | | 279,555.24 |
| 12/24/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 391.36 | 279,163.88 |
| 01/05/15 | {6} | METLIFE | Dividend | 1223-000 | 643.65 | | 279,807.53 |
| 01/05/15 | {17} | METLIFE | Liquidation of MetLife shares | 1249-000 | 101,101.60 | | 380,909.13 |
| 01/05/15 | 1010 | C. MARINO | Invoice nos. 806A, 945A,1077A, 1206A | 2410-000 | | 104.00 | 380,805.13 |
| 01/30/15 | | Signature Bank | Bank and Technology Services | 2600-000 | | 612.17 | 380,192.96 |

| | |
|---|---|
| Page Subtotals: | $132,880.67    $152,881.02 |

# Form 2

Exhibit 9
Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-24696-SLM | |
| **Case Name:** | Unigene Laboratories, Inc. | |
| **Taxpayer ID #:** | **-***8609 | |
| **For Period Ending:** | 07/10/2018 | |

| | |
|---|---|
| **Trustee Name:** | Nancy Isaacson (500780) |
| **Bank Name:** | Signature Bank |
| **Account #:** | ******0328 Checking |
| **Blanket Bond (per case limit):** | $41,113,693.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Fee | | | | |
| 02/18/15 | {18} | THERMO FISHER SCIENTIFIC | royalties - Affinity Bioregents Agreement | 1223-000 | 52.50 | | 380,245.46 |
| 02/23/15 | 1011 | C. MARINO | INVOICE NOS. 1510A, 1632A AND 1757A | 2410-000 | | 78.00 | 380,167.46 |
| 02/25/15 | 1012 | C. MARINO | fee to destroy records per court order; invoice 1768A | 2410-000 | | 52.00 | 380,115.46 |
| 02/27/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 510.42 | 379,605.04 |
| 03/31/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 582.41 | 379,022.63 |
| 04/30/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 545.17 | 378,477.46 |
| 05/29/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 544.41 | 377,933.05 |
| 06/29/15 | {6} | METLIFE | Dividend | 1223-000 | 36.00 | | 377,969.05 |
| 06/29/15 | {6} | METLIFE | Dividend | 1223-000 | 34.88 | | 378,003.93 |
| 06/30/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 579.84 | 377,424.09 |
| 07/27/15 | {17} | Met Life | 189 shares - net | 1249-000 | 7,765.98 | | 385,190.07 |
| 07/31/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 562.08 | 384,627.99 |
| 08/10/15 | {21} | COMPUTERSHARE | CRAFTWOOD V INTERLINE SETTLEMENT PAYMENT | 1229-000 | 60.54 | | 384,688.53 |
| 08/21/15 | | Signature Bank | Bank and Technology Services Fees | 2600-000 | | 387.29 | 384,301.24 |
| 08/21/15 | | Rabobank, N.A. | Transfer of Funds to Rabobank, N.A. | 9999-000 | | 384,301.24 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 545,207.90 | 545,207.90 | $0.00 |
| Less: Bank Transfers/CDs | 9,945.90 | 384,301.24 | |
| **Subtotal** | 535,262.00 | 160,906.66 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $535,262.00 | $160,906.66 | |

{} Asset Reference(s)       UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

# Form 2

Exhibit 9
Page:  5

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-24696-SLM | |
| **Case Name:** | Unigene Laboratories, Inc. | |
| **Taxpayer ID #:** | **-***8609 | |
| **For Period Ending:** | 07/10/2018 | |

| | | |
|---|---|---|
| **Trustee Name:** | Nancy Isaacson (500780) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2066 Checking Account |
| **Blanket Bond (per case limit):** | $41,113,693.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/21/15 | | Signature Bank | Transfer of Funds from Signature Bank | 9999-000 | 384,301.24 | | 384,301.24 |
| 08/26/15 | {22} | Berkley Insurance Company | SETTLEMENT PAYMENT | 1241-000 | 166,620.00 | | 550,921.24 |
| 08/31/15 | {20} | AXIS SURPLUS INSURANCE COMPANY | PROCEEDS OF SETTLEMENT RE: INSURANCE PREMIUMS | 1241-000 | 262,500.00 | | 813,421.24 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 155.39 | 813,265.85 |
| 09/25/15 | {23} | Dell financial Services | credit on account | 1229-000 | 2.12 | | 813,267.97 |
| 09/30/15 | 101 | ATCC | DESTRUCTION OF SAFE DEPOSIT ITEMS PER INVOICE NO. IVH30629-211039 | 2990-000 | | 500.00 | 812,767.97 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,210.00 | 811,557.97 |
| 10/23/15 | 102 | AMERICAN FUNDS | 401(K) PLAN TERMINATION RELATED FEES | 2990-000 | | 3,568.45 | 807,989.52 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,167.42 | 806,822.10 |
| 11/13/15 | 103 | NORRIS McLAUGLIN & MARCUS, P.A. | ALLOWED FEES ORDER ENTERED 11.5.2015 | 3210-000 | | 110,445.00 | 696,377.10 |
| 11/13/15 | 104 | NORRIS McLAUGLIN & MARCUS, P.A. | ALLOWED FEES AND EXPENSES ORDER ENTERED 11.5.2015 | 3220-000 | | 245.50 | 696,131.60 |
| 11/20/15 | 105 | NORRIS MCLAUGHLIN & MARCUS | PER ORDER ENTERED 11.19.2015; DIFFERENCE IN ALLOWED EXPENSES | 3220-000 | | 943.95 | 695,187.65 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,100.91 | 694,086.74 |
| 12/16/15 | 106 | GREENBAUM ROWE SMITH & DAVIS LLP | PER ORDER ALLOWING FEES AND EXPENSES ENTERED 12.16.2015 | 3110-000 | | 58,974.50 | 635,112.24 |
| 12/16/15 | 107 | GREENBAUM ROWE SMITH & DAVIS LLP | PER ORDER ALLOWING FEES AND EXPENSES ENTERED 12.16.2015 | 3120-000 | | 199.19 | 634,913.05 |
| 12/24/15 | {6} | MetLife | DIVIDEND | 1223-000 | 32.55 | | 634,945.60 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,061.40 | 633,884.20 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 879.03 | 633,005.17 |
| 02/16/16 | {21} | CompushareKCC | settlement payment Craftwood v. interline case | 1229-000 | 5.23 | | 633,010.40 |
| 02/24/16 | {24} | ALLIED WORLD NATIONAL ASSURANCE COMPANY | SETTLEMENT PAYMENT | 1241-000 | 85,750.00 | | 718,760.40 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 885.93 | 717,874.47 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services | 2600-000 | | 1,132.83 | 716,741.64 |

| | | |
|---|---|---|
| **Page Subtotals:** | **$899,211.14** | **$182,469.50** |

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

# Form 2

Exhibit 9

Page: 6

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 13-24696-SLM | | | **Trustee Name:** | Nancy Isaacson (500780) | |
| **Case Name:** | Unigene Laboratories, Inc. | | | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***8609 | | | **Account #:** | ******2066 Checking Account | |
| **For Period Ending:** | 07/10/2018 | | | **Blanket Bond (per case limit):** | $41,113,693.00 | |
| | | | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Fees | | | | |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 993.84 | 715,747.80 |
| 05/05/16 | 108 | COLE TRANSCRIPTION | DEPOSIT FOR 5.3.2016 TRANSCRIPT | 2990-000 | | 300.00 | 715,447.80 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 992.44 | 714,455.36 |
| 06/08/16 | | COLE TRANSCRIPTION LLC | OVER PAYMENT FOR TRANSCRIPT | 2990-000 | | -117.10 | 714,572.46 |
| 06/08/16 | | COLE TRANSCRIPTION LLC | Deposit Reversal: OVER PAYMENT FOR TRANSCRIPT | 2990-002 | | 117.10 | 714,455.36 |
| 06/17/16 | | COLE TRANSCRIPTION, LLC | OVER PAYMENT FOR TRANSCRIPT | 2990-000 | | -117.10 | 714,572.46 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,127.51 | 713,444.95 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 989.27 | 712,455.68 |
| 08/22/16 | {25} | THERMOFISHER SCIENTIFIC | Deposit made in error | 1229-000 | 161.50 | | 712,617.18 |
| 08/22/16 | {25} | ThermoFisher Scientific | Payment on account | 1229-000 | 161.60 | | 712,778.78 |
| 08/22/16 | {25} | THERMOFISHER SCIENTIFIC | Deposit Reversal: to correct deposit entered for incorrect amount | 1229-000 | -161.50 | | 712,617.28 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,124.20 | 711,493.08 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,020.58 | 710,472.50 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 985.14 | 709,487.36 |
| 11/28/16 | {28} | OAK POINT PARTNERS, INC | Purchase of Remnant Assets per order - Doc #213 | 1229-000 | 5,000.00 | | 714,487.36 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,085.88 | 713,401.48 |
| 12/20/16 | 109 | Bederson, LLP | ALLOWED EXPENSES PER 10.6.2016 ORDER | 3420-000 | | 124.97 | 713,276.51 |
| 12/20/16 | 110 | Bederson, LLP | ALLOWED FEES PER 10.6.2016 ORDER | 3410-000 | | 22,748.25 | 690,528.26 |
| 12/20/16 | 111 | NORRIS MCLAUGHLIN & MARCUS | ALLOWED FEES PER 11.2.2016 ORDER | 3210-000 | | 25,386.50 | 665,141.76 |
| 12/20/16 | 112 | NORRIS MCLAUGHLIN & MARCUS | ALLOWED EXPENSES PER 11.2.2016 ORDER | 3220-000 | | 781.25 | 664,360.51 |
| 12/20/16 | 113 | GREENBAUM ROWE SMITH & DAVIS LLP | ALLOWED FEES PER 11.2.2016 ORDER | 3110-000 | | 13,516.25 | 650,844.26 |
| 12/20/16 | 114 | Greenbaum, Rowe, Smith & Davis LLP | ALLOWED EXPENSES PER 11.2.2016 ORDER | 3120-000 | | 2.00 | 650,842.26 |

Page Subtotals: **$5,161.60**   **$70,826.78**

{ } Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)          ! - transaction has not been cleared

# Form 2

Exhibit 9

Page: 7

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-24696-SLM | |
| **Case Name:** | Unigene Laboratories, Inc. | |
| **Taxpayer ID #:** | **-***8609 | |
| **For Period Ending:** | 07/10/2018 | |

| | |
|---|---|
| **Trustee Name:** | Nancy Isaacson (500780) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2066 Checking Account |
| **Blanket Bond (per case limit):** | $41,113,693.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,018.14 | 649,824.12 |
| 01/06/17 | {29} | TIBERENBD | PREFERENCE SETTLEMENT PAYMENT | 1241-000 | 1,800.00 | | 651,624.12 |
| 02/22/17 | {21} | Craftwood v, Interline | supplemental settlement payment | 1229-000 | 0.84 | | 651,624.96 |
| 10/23/17 | 115 | GREENBAUM ROWE SMITH & DAVIS LLP | Distribution payment - Dividend paid at 100.00% of $73.63; Claim # ATTYEXP4; Filed: $73.63 | 3120-000 | | 73.63 | 651,551.33 |
| 10/23/17 | 116 | GREENBAUM ROWE SMITH & DAVIS LLP | Distribution payment - Dividend paid at 0.00% of $13,516.50; Claim # ATTYFEE3; Filed: $13,516.50 | 3110-000 | | 0.25 | 651,551.08 |
| 10/23/17 | 117 | GREENBAUM ROWE SMITH & DAVIS LLP | Distribution payment - Dividend paid at 100.00% of $7,457.00; Claim # ATTYFEE4; Filed: $7,457.00 | 3110-000 | | 7,457.00 | 644,094.08 |
| 10/23/17 | 118 | NANCY ISAACSON | Distribution payment - Dividend paid at 100.00% of $55,265.61; Claim # FEE; Filed: $55,265.61 | 2100-000 | | 55,265.61 | 588,828.47 |
| 10/23/17 | 119 | Ami Parmar | Distribution payment - Dividend paid at 100.00% of $1,932.69; Claim # 5; Filed: $8,632.69 | 5300-000 | | 1,932.69 | 586,895.78 |
| 10/23/17 | 120 | New Jersey Department of Environmental Protection | Distribution payment - Dividend paid at 100.00% of $2,342.50; Claim # 32-2; Filed: $2,342.50 | 5800-000 | | 2,342.50 | 584,553.28 |
| 10/23/17 | 121 | STATE OF NEW JERSEYDEPARTMENT OF TREASURY DIVISION OF TAXATION | Distribution payment - Dividend paid at 100.00% of $27,482.41; Claim # 35; Filed: $27,482.41 | 5800-000 | | 27,482.41 | 557,070.87 |
| 10/23/17 | 122 | LISA S. BONSALL, ESQUIRE | Distribution payment - Dividend paid at 100.00% of $5,000.00; Claim # LEVYCLAIMS; Filed: $0.00 | 7100-000 | | 5,000.00 | 552,070.87 |
| 10/23/17 | 123 | VICTORY PARK MANAGEMENT, LLC | Distribution payment - Dividend paid at 100.00% of $524,525.87; Claim # 37; Filed: $38,271,271.00 | 7100-000 | | 524,525.87 | 27,545.00 |
| 10/23/17 | 124 | PSEG | Distribution payment - Dividend paid at 9.19% of $34,290.31; Claim # 1-2; Filed: $34,290.31 | 7100-000 | | 3,151.92 | 24,393.08 |
| 10/23/17 | 125 | United Refrigeration, Inc. | Distribution payment - Dividend paid at 9.19% of $5,223.25; Claim # 2; Filed: $5,223.25 | 7100-000 | | 480.11 | 23,912.97 |
| 10/23/17 | 126 | Canon Financial Services, Inc. | Distribution payment - Dividend paid at 9.19% of $4,267.04; Claim # 4; Filed: $32,714.06 | 7100-000 | | 392.22 | 23,520.75 |
| 10/23/17 | 127 | Ami Parmar | Distribution payment - Dividend paid at 9.19% of $6,700.00; Claim # 5U; Filed: $8,632.69 | 7100-000 | | 615.85 | 22,904.90 |

| | | | Page Subtotals: | | $1,800.84 | $629,738.20 | |

{ } Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

# Form 2

Exhibit 9
Page: 8

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 13-24696-SLM |
| **Case Name:** | Unigene Laboratories, Inc. |
| **Taxpayer ID #:** | **-***8609 |
| **For Period Ending:** | 07/10/2018 |

| | |
|---|---|
| **Trustee Name:** | Nancy Isaacson (500780) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2066 Checking Account |
| **Blanket Bond (per case limit):** | $41,113,693.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/23/17 | 128 | EisnerAmper LLP | Distribution payment - Dividend paid at 9.19% of $7,345.00; Claim # 6; Filed: $7,345.00 | 7100-000 | | 675.14 | 22,229.76 |
| 10/23/17 | 129 | Fisher Scientific Co., LLC | Distribution payment - Dividend paid at 9.19% of $7,679.43; Claim # 7; Filed: $7,679.43 | 7100-000 | | 705.88 | 21,523.88 |
| 10/23/17 | 130 | BIO CLINICAL LABORATORIES | Distribution payment - Dividend paid at 9.19% of $4,422.60; Claim # 8; Filed: $15,587.40 | 7100-000 | | 406.52 | 21,117.36 |
| 10/23/17 | 131 | SOFTCHOICE CORPORATION | Distribution payment - Dividend paid at 9.19% of $399.00; Claim # 9; Filed: $399.00 | 7100-000 | | 36.68 | 21,080.68 |
| 10/23/17 | 132 | Pitney Bowes Global Financial Services LLC | Distribution payment - Dividend paid at 9.19% of $1,336.04; Claim # 10; Filed: $1,336.04 | 7100-000 | | 122.81 | 20,957.87 |
| 10/23/17 | 133 | American Vending Company | Distribution payment - Dividend paid at 9.19% of $903.11; Claim # 11; Filed: $903.11 | 7100-000 | | 83.01 | 20,874.86 |
| 10/23/17 | 134 | Chirhoclin, Inc. | Distribution payment - Dividend paid at 9.19% of $57,881.01; Claim # 12; Filed: $57,881.01 | 7100-000 | | 5,320.34 | 15,554.52 |
| 10/23/17 | 135 | Sinclair Research Center, LLC | Distribution payment - Dividend paid at 9.19% of $9,512.00; Claim # 13; Filed: $9,512.00 | 7100-000 | | 874.33 | 14,680.19 |
| 10/23/17 | 136 | 110 Little Falls DCLA, LLC | Distribution payment - Dividend paid at 9.19% of $123,828.69; Claim # 15; Filed: $100,101.63 | 7100-000 | | 11,382.16 | 3,298.03 |
| 10/23/17 | 137 | New Jersey Natural Gas | Distribution payment - Dividend paid at 9.19% of $1,405.30; Claim # 16; Filed: $1,405.30 | 7100-000 | | 129.17 | 3,168.86 |
| 10/23/17 | 138 | Waste Management - RMC | Distribution payment - Dividend paid at 9.19% of $3,554.16; Claim # 17; Filed: $3,554.16 | 7100-000 | | 326.69 | 2,842.17 |
| 10/23/17 | 139 | Metromedia Energy | Distribution payment - Dividend paid at 9.19% of $7,192.68; Claim # 22; Filed: $7,192.68 | 7100-000 | | 661.15 | 2,181.02 |
| 10/23/17 | 140 | Molecular Devices, LLC | Distribution payment - Dividend paid at 9.19% of $5,547.00; Claim # 24; Filed: $5,547.00 | 7100-000 | | 509.88 | 1,671.14 |
| 10/23/17 | 141 | First Insurance Funding Corp. | Distribution payment - Dividend paid at 9.19% of $18,180.56; Claim # 25; Filed: $18,180.56 | 7100-000 | | 1,671.14 | 0.00 |
| 11/21/17 | | FIRST INSURER FUNDING | REFUND DIVIDEND - CLAIM PAID | 7100-000 | | -1,671.14 | 1,671.14 |
| 02/23/18 | {31} | ENTERIS | ATTM SETTLEMENT | 1229-000 | 254.61 | | 1,925.75 |
| 04/30/18 | 142 | VICTORY PARK MANAGEMENT, LLC | Distribution payment - Dividend paid at 100.00% of $1,912.80; Claim # 37-AMD; Filed: $0.00 | 7100-000 | | 1,912.80 | 12.95 |
| 04/30/18 | 143 | Clerk, US Bankruptcy Court | Combined dividend payments for | | | 4.41 | 8.54 |
| | | | **Page Subtotals:** | | **$254.61** | **$23,150.97** | |

{} Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)                                    ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page:  9

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-24696-SLM | |
| **Case Name:** | Unigene Laboratories, Inc. | |
| **Taxpayer ID #:** | **-***8609 | |
| **For Period Ending:** | 07/10/2018 | |

| | |
|---|---|
| **Trustee Name:** | Nancy Isaacson (500780) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2066 Checking Account |
| **Blanket Bond (per case limit):** | $41,113,693.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claim #1-2SC, 2-SC, 4-SC, 5U-SC, 6-SC, 7-SC, 8-SC, 9-SC, 10-SC, 11-SC, 13-SC, 16-SC, 22-SC, 24-SC | | | | |
| | | | Claims Distribution - Tue, 03-20-2018<br><br>$1.58 | 7100-001 | | | 8.54 |
| | | | Claims Distribution - Tue, 03-20-2018<br><br>$0.24 | 7100-001 | | | 8.54 |
| | | | Claims Distribution - Tue, 03-20-2018<br><br>$0.20 | 7100-001 | | | 8.54 |
| | | | Claims Distribution - Tue, 03-20-2018<br><br>$0.30 | 7100-001 | | | 8.54 |
| | | | Claims Distribution - Tue, 03-20-2018<br><br>$0.34 | 7100-001 | | | 8.54 |
| | | | Claims Distribution - Tue, 03-20-2018<br><br>$0.36 | 7100-001 | | | 8.54 |
| | | | Claims Distribution - Tue, 03-20-2018<br><br>$0.20 | 7100-001 | | | 8.54 |
| | | | Claims Distribution - Tue, 03-20-2018<br><br>$0.01 | 7100-001 | | | 8.54 |
| | | | Claims Distribution - Tue, 03-20-2018<br><br>$0.06 | 7100-001 | | | 8.54 |
| | | | Claims Distribution - Tue, 03-20-2018<br><br>$0.04 | 7100-001 | | | 8.54 |
| | | | Claims Distribution - Tue, 03-20-2018<br><br>$0.44 | 7100-001 | | | 8.54 |
| | | | Claims Distribution - Tue, 03-20-2018<br><br>$0.07 | 7100-001 | | | 8.54 |
| | | | Claims Distribution - Tue, 03-20-2018<br><br>$0.32 | 7100-001 | | | 8.54 |
| | | | Claims Distribution - Tue, 03-20-2018 | 7100-001 | | | 8.54 |

|  | Page Subtotals: | $0.00 | $0.00 | |
|---|---|---|---|---|

{ } Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)      *! - transaction has not been cleared*

**Form 2**

Exhibit 9
Page:  10

# Cash Receipts And Disbursements Record

| Case No.: | 13-24696-SLM | Trustee Name: | Nancy Isaacson (500780) |
|---|---|---|---|
| Case Name: | Unigene Laboratories, Inc. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8609 | Account #: | ******2066 Checking Account |
| For Period Ending: | 07/10/2018 | Blanket Bond (per case limit): | $41,113,693.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $0.25 | | | | |
| 04/30/18 | 144 | Clerk, US Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $2.67; Claim # 12-SC; Filed: $0.00 | 7100-001 | | 2.67 | 5.87 |
| 04/30/18 | 145 | 110 Little Falls DCLA, LLC | Distribution payment - Dividend paid at 100.00% of $5.70; Claim # 15-AMD; Filed: $0.00 | 7100-000 | | 5.70 | 0.17 |
| 04/30/18 | 146 | Clerk, US Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $0.17; Claim # 17-SC; Filed: $0.00 | 7100-001 | | 0.17 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 906,428.19 | 906,428.19 | $0.00 |
| Less: Bank Transfers/CDs | 384,301.24 | 0.00 | |
| Subtotal | 522,126.95 | 906,428.19 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $522,126.95 | $906,428.19 | |

# Form 2

Exhibit 9
Page:   11

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 13-24696-SLM |
| **Case Name:** | Unigene Laboratories, Inc. |
| **Taxpayer ID #:** | **-***8609 |
| **For Period Ending:** | 07/10/2018 |

| | |
|---|---|
| **Trustee Name:** | Nancy Isaacson (500780) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2066 Checking Account |
| **Blanket Bond (per case limit):** | $41,113,693.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3966 Checking Account | $10,052.74 | $106.84 | $0.00 |
| ******0328 Checking | $535,262.00 | $160,906.66 | $0.00 |
| ******2066 Checking Account | $522,126.95 | $906,428.19 | $0.00 |
| | **$1,067,441.69** | **$1,067,441.69** | **$0.00** |